No.  06-15-00069-CR

IN The Sixth Court of Appeals

Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/17/2015 10:03:39 AM
DEBBIE AUTREY
Clerk

Temika Charnette Owens,

*Appellant,*

V.

THE STATE OF TEXAS,

*Appellee.*

*MOTION TO WITHDRAW PURSUANT TO*

*ANDERS v. CALIFORNIA*, 386 U.S. 738 (1967)

TO THE HONORABLE SIXTH COURT OF APPEALS:

NOW COMES JEFF T. JACKSON, counsel for Appellant Temika Charnette Owens, and hereby moves to withdraw from representation of Appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967).  In support of this motion, counsel shows as follows:

1

## I.

Counsel has thoroughly reviewed the record on appeal, and, for these reasons, is thoroughly familiar with the case.

## II.

Counsel has, in the exercise of his professional judgment, determined that the instant case presents no non-frivolous issues for appeal, and, in accordance with the Supreme Court's decision in *Anders v. California*, 386 U.S. 738 (1967), now so advises the court and requests permission to withdraw. *Anders*, *id*. at 744.

## III.

In accordance with *Anders*, counsel has, contemporaneously with this motion, filed a brief outlining all issues which might arguably support an appeal and explaining why those issues are meritless. *Anders*, *Id*.

IV.

Counsel has furnished the appellant with a copy of said brief, and a copy of this motion, thus apprising appellant of counsel's actions.

V.

Having determined that the instant appeal is wholly frivolous, and having complied with the briefing and notice requirements of *Anders v. California*, counsel now requests that he be allowed to withdraw, pursuant to *Anders*.

WHEREFORE, PREMISES CONSIDERED, it is prayed that the Court grant counsel's request and allow counsel to withdraw from this case, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Respectfully submitted,

Jeff T. Jackson
SBOT No. 24069976

3

736-A Hwy 259 N.

Kilgore, TX 75662

Phone:   903-654-3362

Fax:       817-887-4333

*Attorney for Appellant,*

*Temika Charnette Owens*

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on August 17, 2015, a copy of this motion was mailed via first class U.S. mail, postage prepaid, to the following:

**Micheal Jimerson:**
Rusk County D.A.
SBOT: 00789406
115 N. Main St.
Rd.Henderson, TX 75652

**Temika Owens:**
San Saba Unit
TDCJ No. 019997628
206 S. Wallace Creek
San Saba, TX 76877

_____

Jeff T. Jackson